**Order entered January 3, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01041-CV

**VSDH VAQUERO VENTURE, LTD., EVAN L. SHAW
AND DOUGLAS M. HICKOK, Appellants/Cross-Appellees**

**V.**

**KEN GROSS AND BETSY GROSS, Appellees/Cross-Appellants**

**On Appeal from the County Court at Law No. 1
Dallas County, Texas
Trial Court Cause No. CC-09-05232-A**

## ORDER

Before the Court is the December 28, 2016 second unopposed motion for extension of time to file appellees'/cross-appellants' briefs. We **GRANT** the motion and **ORDER** appellees'/cross-appellants' briefs filed on or before January 13, 2017.

/s/     CRAIG STODDART
JUSTICE